UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

NANCY STEVENS,

  Plaintiff,                            CASE NO.: 1:17-CV-01461-ODE

-VS-

OCWEN LOAN SERVICING, LLC,

  Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

Plaintiff, NANCY STEVENS, by and through her undersigned counsel, hereby notifies the Court that the parties, Plaintiff, NANCY STEVENS, and Defendants, OCWEN LOAN SERVICING, LLC, have reached a settlement with regard to this case, and are presently drafting, and finalizing the settlement agreement, and general release documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

Dated:      October 30, 2017

                                       */s/ Octavio "Tav" Gomez*
                                       OCTAVIO "TAV" GOMEZ, ESQUIRE
                                       Georgia Bar No.: 617963
                                       MORGAN & MORGAN, TAMPA, P.A.
                                       201 N. Franklin Street, Suite 700
                                       Tampa, FL 33602
                                       Telephone: (813) 223-5505

Facsimile: (813) 223-5402
Primary: TGomez@ForThePeople.com
Secondary: LCrouch@ForThePeople.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of October, 2017, the foregoing was served electronically in accordance with the Court's guidelines, and a copy of which was served via electronic mail to:

Mark J. Windham
Georgia Bar No. 113194
TROUTMAN SANDERS LLP
600 Peachtree Street, NE, Suite 5200
Atlanta, Georgia 30308-2216
Telephone: (404) 885-3000
*mark.windham@troutmansanders.com*

*/s/ Octavio "Tav" Gomez*
OCTAVIO "TAV" GOMEZ, ESQUIRE
Florida Bar No.: 0338620
Georgia Bar No.: 617963