**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

NANCY STEVENS,

               Plaintiff,

    v.

OCWEN LOAN SERVICING, LLC,

               Defendant.

**CIVIL ACTION NO.**

**1:17-cv-1461-ODE**

## STIPULATION FOR DISMISSAL WITH PREJUDICE

COME NOW Plaintiff Nancy Stevens ("Plaintiff") and Defendant Ocwen Loan Servicing, LLC ("Ocwen") (collectively, "the Parties"), by and through their undersigned counsel, pursuant to Federal Rules of Civil Procedure 41(a)(1)(ii), and hereby notice that a confidential settlement has been reached in the above-styled case.  Furthermore, the Parties stipulate to the voluntary dismissal of this action, and respectfully move that this cause be dismissed with prejudice, each party bearing its own costs and attorney's fees.

Dated:  January 4, 2018          Respectfully submitted,

**OCWEN LOAN SERVICING, LLC**

By its attorney,

 /s/ Mark J. Windham
Mark J. Windham
Georgia Bar No. 113194
TROUTMAN SANDERS LLP
600 Peachtree Street, NE, Suite 5200
Atlanta, Georgia  30308-2216
Phone:  (404) 885-3000
Facsimile:  (404) 885-3900
E-mail:  mark.windham@troutman.com

*Counsel for Defendant Ocwen Loan Servicing, LLC*

**NANCY STEVENS**

/s/ Octavio Gomez
Octavio Gomez, Esq.
Georgia Bar No. 617963
MORGAN & MORGAN, TAMPA, P.A.
One Tampa City Center
201 N. Franklin Street, 7th Floor
Tampa, FL 33062
Phone:        (813) 223-5505
Facsimile:    (813) 223-5402
E-mail:        tgomez@forthepeople.com

*Counsel for Plaintiff Nancy Stevens*

## CERTIFICATE OF SERVICE

I hereby certify that on January 4, 2018, I filed a copy of the foregoing document using the Court's ECF/CM system, which will automatically send notice of such filing to:

Mark J. Windham
Georgia Bar No. 113194
Troutman Sanders LLP
600 Peachtree Street, NE, Suite 5200
Atlanta, Georgia 30308-2216

*/s/ Octavio Gomez*
Octavio Gomez, Esq.
Georgia Bar No. 617963